No. 17–0253/AR. U.S. v. Douglas E. Reynolds, Jr. CCA 20140856. On further consideration of the granted issue, 76 M.J. 259 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).

No. 17–0319/AR. U.S. v. Eric A. Ramos–Cruz. CCA 20150292. On further consideration of the granted issue, 76 M.J. 346 (C.A.A.F. 2017) (order granting review, May 10, 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).